AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| DERIUS DORSEY | ) Case No. |
|  | ) 6:25-mj-1128 |
|  | ) |
|  | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2025__ in the county of __Orange__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 641 | Theft of government property |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_Jeffrey Starnes_
Complainant's signature

Jeffrey Starnes, USPI
Printed name and title

Sworn to before me over the telephone or reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 2/12/25

_Leslie Hoffman Price_
Judge's signature

City and state: Orlando, Florida

LESLIE HOFFMAN PRICE, U.S. Magistrate Judge
Printed name and title

**STATE OF FLORIDA**               Case No. 6:25-mj-1128

**COUNTY OF ORANGE**

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jeffrey Starnes, being first duly sworn, hereby depose and state as follows:

### Introduction

1. I make this affidavit in support of an arrest warrant for DERIUS DORSEY ("DORSEY"), for a violation of 18 U.S.C. § 641 (Theft of Government Property).

2. I am a United States Postal Inspector with the United States Postal Inspection Service ("USPIS") and have been since 2016. Prior to my employment with the USPIS, I was a Special Agent with the United States Secret Service ("USSS") from 2005 to 2015. In my capacity as a United States Postal Inspector, I investigate allegations of fraud, theft, robberies, burglaries, and briberies involving the use of the United States Mail and crimes against U.S. Postal Service ("USPS") employees.

3. As a United States Postal Inspector and previously as a Special Agent for the USSS, I have gained training and experience investigating mail fraud, wire fraud, bank fraud, identity theft, credit card fraud, counterfeit securities and currency, false identification documents, and other types of fraud. Additionally, I have participated in search and seizure operations dealing with the foregoing criminal offenses.

4. The information in this affidavit is based upon my personal knowledge, information obtained from the USPS, and information obtained from financial

1

institutions. The information set forth in this affidavit is provided solely for the purpose of establishing probable cause in support of the warrant. Because this affidavit is submitted for the limited purpose of establishing such probable cause, it does not include all the details of this investigation of which I am aware.

## PROBABLE CAUSE

*Background: USPS stamps*

5. The USPS is a federal agency that offers postal delivery service both nationally and abroad. The USPS operates over 30,000 Post Offices as well as an online website. Among many other services, Post Offices frequently sell postage stamps to customers. Postage stamps are valued per stamp and are the United States Government's property until lawfully transferred to a customer. At the time of the conduct described herein, forever stamps were valued at $0.73 per stamp. Forever stamps can be used to mail letters regardless of when the stamps were purchased and no matter how prices may change in the future. Forever stamps are typically sold in books of 20 or rolls of 100.

*Unlawful Purchases of Stamps and the Identification of Derius Dorsey*

6. Postal Inspectors were notified by USPS representatives of nine fraudulent check purchases of stamps at Post Offices in the Central Florida area during January 2025. The following table depicts the information related to these purchases.

| Date of purchase | Amount | Check # | Location of Post Office | Name on check | Memo line | Routing number | Account number | Bank logo on check |
|---|---|---|---|---|---|---|---|---|
| 1/4/2025 | $73.00 | 395 | 1051 State Rd 544, Haines City, FL 33844 | Derius Dorsey | Inventory | 031302955 | 230123223 | M&T Bank |
| 1/6/2025 | $2,044.00 | 387 | 2600 Michigan Ave, Kissimmee, FL 34744 | Derius Dorsey | Inventory | 031302955 | 230123223 | M&T Bank |
| 1/6/2025 | $3,650.00 | 394 | 10401 Post Office Blvd, Orlando, FL 32862 | Derius Dorsey | Inventory | 031302955 | 230123223 | M&T Bank |
| 1/6/2025 | $2,920.00 | 388 | 601 Market St, Kissimmee, FL 34747 | Derius Dorsey | Inventory | 031302955 | 230123223 | M&T Bank |
| 1/6/2025 | $1,839.60 | 396 | 1538 Tallahassee Blvd, Intercession City, FL 33848 | Derius Dorsey | Inventory | 031302955 | 230123223 | M&T Bank |
| 1/13/2025 | $5,110.00 | 823 | 300 N New York Ave, Winter Park, FL 32789. | Derius Dorsey | Inventory | 022000046 | 260170211 | M&T Bank |
| 1/13/2025 | $7,300.00 | 822 | 151 N Maitland Ave, Maitland, FL 32751 | Derius Dorsey | Inventory | 022000046 | 260170211 | M&T Bank |
| 1/13/2025 | $5,840.00 | 825 | 1705 Edgewater Dr, Orlando, FL 32804 | Derius Dorsey | Inventory | 022000046 | 260170211 | M&T Bank |
| 1/13/2025 | $1,898.00 | 824 | 5087 Edgewater Dr, Orlando, FL 32810 | Derius Dorsey | Inventory | 022000046 | 260170211 | M&T Bank |

7. Copies of the nine fraudulent checks as well as copies of the receipts of purchase were obtained. The check owner name on all of the checks is DERIUS DORSEY. The word "Inventory" was written on the Memo line of each check. During each transaction, the USPS employee wrote DORSEY's Florida driver's license number on the front or the back of the check. The license number was identified by Postal Inspectors as belonging to DORSEY. DORSEY's license photograph is depicted below.

3



8.     M&T Bank is an FDIC insured bank. An M&T Bank logo was present on each check, as well as two separate routing numbers and two separate account numbers. Both routing numbers are legitimate M&T Bank routing numbers. However, M&T Bank confirmed that neither bank account number belonged to M&T Bank. Further, M&T Bank confirmed they have no bank accounts belonging to DORSEY. Based off this information, all nine checks were determined to be counterfeit.

9.     On January 4, 2025, at approximately 10:31 am, DORSEY fraudulently purchased 100 stamps from a Post Office in Haines City, FL in the amount of $73 using a counterfeit check.

10.    On January 6, 2025, at approximately 10:49 am, DORSEY fraudulently purchased 4,000 stamps from a Post Office in Kissimmee, FL in the amount of $2,920 using a counterfeit check.

11. On January 6, 2025, at approximately 11:38 am, DORSEY fraudulently purchased 2,520 stamps from a Post Office in Intercession City, FL in the amount of $1,839.60 using a counterfeit check.

12. On January 6, 2025, at approximately 12:28 pm, DORSEY fraudulently purchased 2,800 stamps from a second Post Office in Kissimmee, FL in the amount of $2,044 using a counterfeit check.

13. On January 6, 2025, at approximately 1:19 pm, DORSEY fraudulently purchased 5,000 stamps from a Post Office in Orlando, FL in the amount of $3,650 using a counterfeit check.

14. On January 13, 2025, at approximately 11:04 am, DORSEY fraudulently purchased 8,000 stamps from a second Post Office in Orlando, FL in the amount of $5,840 using a counterfeit check.

15. On January 13, 2025, at approximately 12:16 pm, DORSEY fraudulently purchased 2,600 stamps from a third Post Office in Orlando, FL in the amount of $1,898 using a counterfeit check.

16. On January 13, 2025, at approximately 12:57 pm, DORSEY fraudulently purchased 7,000 stamps from a Post Office in Winter Park, FL in the amount of $5,110 using a counterfeit check.

17. On January 13, 2025, at approximately 1:41 pm, DORSEY fraudulently purchased 10,000 stamps from a Post Office in Maitland, FL in the amount of $7,300 using a counterfeit check.

18. In total, DORSEY stole, purloined, or fraudulently converted to his use from USPS 42,020 stamps, which are valued at $30,674.60.

19. Video of two of the fraudulent transactions was obtained by Postal Inspectors. After review of the videos, it was determined the person making the fraudulent stamp purchases was DORSEY.

*1/6/2025 Orlando, FL Post Office*



*1/13/2025 Second Orlando, FL Post Office*



## Conclusion

20.     Based on the foregoing, I submit that there is probable cause that on or about January 6, 2025, DERIUS DORSEY violated 18 U.S.C. § 641 (Theft of Government Property).

Respectfully submitted,

*Jeffrey Starnes*

Inspector Jeffrey Starnes
United States Postal Inspection Service

Affidavit submitted by email and attested to me as true and accurate by videoconference consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) this 12th day of February 2025.

_____
LESLIE HOFFMAN PRICE
United States Magistrate Judge

8